**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO: 8:19-cv-00728-WFJ-CPT**

**TERRI CARFAGNO,**
individually and on behalf of all
others similarly situated,                                    **CLASS ACTION**

     Plaintiff,                                    **JURY TRIAL DEMANDED**

v.

**MONEY MAP PRESS, LLC,**

     Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Terri Carfagno and Defendant Money Map Press, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: September 27, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Eisenband* | */s/ Ari Rothman* |
| Michael Eisenband | Ari Rothman (pro hac vice) |
| Florida Bar No. 94235 | VENABLE LLP |
| Eisenband Law P.A. | 600 Massachusetts Ave. NW |
| 515 E. Las Olas Blvd. , Suite 120 | Washington, DC 20001 |
| Ft. Lauderdale, Florida 33301 | Telephone: 202.344.4000 |
| Tel: 954-533-4092 | ANRothman@venable.com |
| Meisenband@Eisenbandlaw.com | |
| *Counsel for Plaintiff* | Lansing C. Scriven |
| | Florida Bar No. 729353 |
| | LANSE SCRIVEN LAW |
| | 3903 Northdale Blvd., Suite 100e |
| | Tampa, FL 33624 |
| | Telephone: (813) 940-4000 |
| | lanse@lansescriven.com |
| | |
| | *Counsel for Defendant* |
| | *Money Map Press, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Michael Eisenband, Esq.*
Eisenband Law P.A.
515 E. Las Olas Blvd. , Suite 120
Ft. Lauderdale, Florida 33301
Tel: 954-533-4092
E-mail: Meisenband@Eisenbandlaw.com
*Attorney for Plaintiff*